IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHRISTOPHER DUNN,**             6:13-CV-01339 RE

Plaintiff,            **JUDGMENT**

v.

**CAROLYN W. COLVIN,** Acting
Commissioner of Social Security,

Defendant.

**REDDEN**, Judge:

    The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this _____ day of November, 2014.

                                                          James A. Redden
                                                          United States District Judge

JUDGMENT